**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Jeremy Tyson

Case No.: 2:18CR00107

REQUEST FOR TRANSFER OF JURISDICTION

January 24, 2022

TO:  The Honorable Andrew P. Gordon
     United States District Judge

On January 17, 2019, Tyson was sentenced to 33 months, followed by three years of supervised release for committing the offense of Conspiracy to Commit Robbery Involving Controlled Substances, Robbery Involving Controlled Substances; Aiding and Abetting, Robbery Involving Controlled Substances; Aiding and Abetting. Supervised release commenced on January 7, 2021, in the Central District of California.

Tyson has resided in the Central District of California since commencement of supervised release which is over a year. He currently has stable employment and appears to have a support system established. It does not appear that Tyson plans to return to the District of Nevada during the remainder of his supervised release.

In order for the Central District of California to address any matters that may require the Court's attention in an efficient manner, we are requesting that our Court transfer jurisdiction to the Central District of California.

Should the Court need additional information, the undersigned officer will be available at the Court's convenience.

ADDENDUM TO PETITION (Probation Form 12)
RE: Jeremy Tyson

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2022.01.25 11:26:29 -08'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.01.25 11:16:38 -08'00'

Brian Blevins
Supervisory United States Probation Officer

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 2:18CR00107 |
| DOCKET NUMBER *(Rec. Court)* |
|  |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Jeremy Tyson<br>Central District of California | Nevada | U.S. Probation Office |
|  | NAME OF SENTENCING JUDGE | |
|  | Andrew P. Gordon | |
|  | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 1/7/2021 — TO: 1/21/2024 |

**OFFENSE**

Conspiracy to Commit Robbery Involving Controlled Substances, Robbery Involving Controlled Substances; Aiding and Abetting, Robbery Involving Controlled Substances; Aiding and Abetting.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California. upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

January 26, 2022
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*                    *United States District Judge*